IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____  x
                                     :
RAHMATTULLAH, et al.,                :
                                     :
                  Petitioners,       :
                                     :
         v.                          :
                                     :  Civil Action No. 06-CV-1681 (JDB)
GEORGE W. BUSH, et al.,              :
                                     :
                  Respondents.       :
                                     :
_____  x
```

**NOTICE OF APPEARANCE**

Please enter my appearance on behalf of Petitioners in the above-captioned case.

_____/s/_____
Shayana Kadidal (D.C. Bar No. 454248)
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012-2317
Ph: (212) 614-6438
Fax: (212) 614-6499

Dated: May 3, 2007