IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------- x
                                                           :
                                                           :
RAHMATTULLAH, *et al.*,                                    :
                                                           :
                              Petitioners,                 :
                                                           :
              v.                                           :
                                                           :  Civil Action No. 06-CV-1681 (JDB)
GEORGE W. BUSH, *et al.*,                                  :
                                                           :
                              Respondents.                 :
                                                           :
---------------------------------------------------------- x

## **PETITIONER'S RESPONSE TO MOTION TO DISMISS**

Petitioner Rahmattullah ("Petitioner"), by and through his undersigned counsel, respectfully submits this response to Respondents' motion to dismiss this case (filed April 19, 2007). Petitioner does not oppose dismissal without prejudice.

Undersigned counsel have independently determined, at this juncture, that it is likely that petitioner is the same person as ISN 890, a detainee with an earlier filed habeas petition, Civil Action No. 05-CV-878. Accordingly, Petitioner does not oppose dismissal of the Petition in this case without prejudice on the ground that he already has a previously filed petition pending in another case. However, counsel respectfully request that the Court permit the reinstatement of this case as originally filed in the event that this identification is erroneous.

Dated:   New York, New York
         May 3, 2007

                                             Respectfully submitted,

                                             /s/ Shayana Kadidal
                                             Shayana Kadidal [D.C. Bar No. 454248]
                                             CENTER FOR CONSTITUTIONAL RIGHTS
                                             666 Broadway, 7th Floor
                                             New York, New York 10012

- 2 -

Tel: (212) 614-6438
Fax: (212) 614-6499

*Counsel for Petitioners*