IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAHMATTULLAH, *et al.*, )<br>)<br>)<br>Petitioners, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, )<br>President of the United States, )<br>*et al.*, )<br>)<br>Respondents. )<br>) | Civil Action No. 06-1681 (JDB) |

## NOTICE OF TRANSFER OF PETITIONER

Respondents hereby provide notice that the United States has relinquished custody of petitioner Sangar Yar Mullah Rahmattullah (ISN 890) and transferred him to the control of the Government of Afghanistan.[1]

Dated: May 5, 2008         Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

 /s/ *Andrew I. Warden*
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
JUDRY L. SUBAR (D.C. Bar 347518)

---

[1] The petitioner in this case also has a pending habeas corpus petition in an earlier-flied case.  *See Rahmattullah v. Bush*, 05-CV-878 (CKK).  Respondents have filed a similar notice of transfer in the earlier-filed case.  *See* Exhibit A attached hereto.

        TERRY M. HENRY
        JEAN LIN
        JAMES J. SCHWARTZ (D.C. Bar No. 468625)
        ROBERT J. KATERBERG
        ANDREW I. WARDEN (IN Bar No. 23840-49)
        NICHOLAS A. OLDHAM
        JAMES C. LUH
        Attorneys
        United States Department of Justice
        Civil Division, Federal Programs Branch
        20 Massachusetts Ave., N.W.
        Washington, DC  20530
        Tel:  (202) 514-4107
        Fax:  (202) 616-8470

        Attorneys for Respondents

# EXHIBIT A

Case 1:06-cv-01681-JDB   Document 9-2   Filed 05/05/2008   Page 1 of 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAHMATTULLAH,          )<br>                             )<br>    Petitioner,       )<br>                             )<br>    v.                      )<br>                             )<br>GEORGE W. BUSH,    )<br>    President of the United States,    )<br>    *et al.*,              )<br>                             )<br>    Respondents.    )<br>                             ) | Civil Action No. 05-CV-878 (CKK) |

**NOTICE OF TRANSFER OF PETITIONER AND WITHDRAWAL OF REQUEST FOR DESIGNATION OF CERTAIN INFORMATION AS PROTECTED INFORMATION**

Respondents hereby provide notice that the United States has relinquished custody of petitioner Rahmattullah (ISN 890) and transferred him to the control of the Government of Afghanistan.

In the Stipulation and Order filed with the Court under seal on April 8, 2008, the parties agreed that, pursuant to the protective orders entered by the Court's Order dated May 18, 2005 (dkt no. 3), Respondents' Notice Pursuant To The Court's January 23, 2007 Order (filed under seal on April 3, 2008), as well as the Stipulation and Order, would be designated as "protected information" pending notice by respondents of completion of the transfer of petitioner to Afghanistan. Accordingly, the transfer having taken place, respondents hereby withdraw their request to have the Notice and Stipulation and Order treated as protected information.[1]

---

[1] Consistent with this withdrawal, respondents have no objection to the Notice and Stipulation and Order being unsealed and placed on the public record.

Dated: May 5, 2008                          Respectfully submitted,

                                            GREGORY G. KATSAS
                                            Acting Assistant Attorney General

                                            DOUGLAS N. LETTER
                                            Terrorism Litigation Counsel

                                              /s/ *Andrew I. Warden*
                                            JOSEPH H. HUNT (D.C. Bar No. 431134)
                                            VINCENT M. GARVEY (D.C. Bar No. 127191)
                                            JUDRY L. SUBAR (D.C. Bar 347518)
                                            TERRY M. HENRY
                                            JEAN LIN
                                            JAMES J. SCHWARTZ (D.C. Bar No. 468625)
                                            ROBERT J. KATERBERG
                                            ANDREW I. WARDEN (IN Bar No. 23840-49)
                                            NICHOLAS A. OLDHAM
                                            JAMES C. LUH
                                            Attorneys
                                            United States Department of Justice
                                            Civil Division, Federal Programs Branch
                                            20 Massachusetts Ave., N.W.
                                            Washington, DC  20530
                                            Tel:  (202) 616-5084
                                            Fax:  (202) 616-8470

                                            Attorneys for Respondents