IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____ x
                                        :
                                        :
IN RE:                                  :
                                        :
GUANTÁNAMO BAY                          :   Misc. No. 08-444 (TFH)
DETAINEE LITIGATION                     :
                                        :
_____ x
                                        :
                                        :
RAHMATULLAH, et al.,                    :
                                        :
                Petitioners,            :
                                        :
          v.                            :   No. 06-CV-1681 (JDB)
                                        :
BUSH, et al.,                           :
                                        :
                Respondents.            :
                                        :
_____ x
```

## STATUS REPORT

Petitioner Rahmatullah, by and through his undersigned counsel, respectfully submits this status report in response to the Court's July 3, 2008 Order:

The instant petition was filed based on a next-friend authorization on September 29, 2006, but it appears to be a duplicate of an earlier filed petition for the same individual. The earlier-filed petition is Civil Action No. 05-878 (CKK), and a status report has been filed in that case by W. Matthew Dodge of the Federal Public Defender's office in Atlanta, Georgia.

Undersigned counsel accordingly do not object to dismissal without prejudice of this petition, Civil Action 06-1681.

- 2 -

Dated:   New York, New York
         July 14, 2008

        Respectfully submitted,

        Counsel for Petitioners:

        /s/ Shayana D. Kadidal
        Shayana D. Kadidal (D.C. Bar No. 454248)
        CENTER FOR CONSTITUTIONAL RIGHTS
        666 Broadway, 7th Floor
        New York, New York 10012
        Tel:  (212) 614-6438
        Fax:  (212) 614-6499