UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SANGAR YAR MULLAH RAHMATTULLAH,** et al.,<br><br>    Petitioners,<br><br>        v.<br><br>**GEORGE W. BUSH, et al.,**<br><br>    Respondents. | Civil Action No. 06-1681  (JDB) |
| **IN RE:**<br><br>**PETITIONERS SEEKING HABEAS CORPUS RELIEF IN RELATION TO PRIOR DETENTIONS AT GUANTANAMO BAY** | Misc. No. 08-0444 (TFH) |

## ORDER

Based on petitioners' status report of July 14, 2008, it is hereby

**ORDERED** that the above-captioned civil action, No. 06-1681, is **DISMISSED.**

/s/
JOHN D. BATES
United States District Judge

Date:  July 16, 2008